**BRIAN D. SHAPIRO**  
Trustee in Bankruptcy  
510 S. 8th Street  
Las Vegas, NV 89101  
(702) 386-8600 Fax (702) 383-0994  
trustee@trusteeshapiro.com

E-Filed: July 8, 2019

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re

PARNELL COLVIN,

              Debtor(s)

Case No.: 19-13142 MKN  
Chapter 7

EX PARTE MOTION FOR FORMAL DISMISSAL OF CHAPTER 7 CASE PURSUANT TO 11 U.S.C. §521(i)

COMES NOW BRIAN D. SHAPIRO, Chapter 7 Trustee requesting the Court to formally dismiss the above entitled case pursuant to 11 U.S.C. §521(i) for the following reasons:

1. The Debtor has failed to timely file the following:

    a. Summary of Schedules

    b. Schedules A through J

    c. Declaration Re: Schedules

    d. Statement of Financial Affairs

    e. Statement of Intention

    f. Statement of Current Monthly Income and Means Test Calculation

    g. Certification of Credit Counseling

2. The forty-five (45) day period expired JULY 2, 2019.

3. The Trustee requests the Court to take judicial Notice of the Docket as evidence in support of this request. A copy of the docket is attached hereto as Exhibit "1".

4. 11 U.S.C. §521(i) states that (1) Subject to paragraphs (2) and (4) and notwithstanding Section 707(a), if an individual debtor in a voluntary case under Chapter 7 or 13 fails to file all of the information required under subsection (a)(1) within 45 days after the date of filing the petition, the case shall be automatically dismissed on the 46th day after the date of filing of the petition.

WHEREFORE, the Chapter 7 Trustee requests the Court to formally dismiss this case.

Dated: July 8, 2019

BRIAN D. SHAPIRO
Trustee

# EXHIBIT 1

**PRIORFILING, DebtEd, BAPCPA, MEANSU**

# U.S. Bankruptcy Court
## District of Nevada (Las Vegas)
### Bankruptcy Petition #: 19-13142-mkn

*Assigned to:* MIKE K. NAKAGAWA
Chapter 7
Voluntary
No asset

*Date filed:* 05/17/2019
*341 meeting:* 06/17/2019
*Deadline for objecting to discharge:* 08/16/2019

*Debtor*
**PARNELL COLVIN**
6681 TARA AVE
LAS VEGAS, NV 89146
CLARK-NV
SSN / ITIN: xxx-xx-0950
Tax ID / EIN: 52-2058671

represented by **PARNELL COLVIN**
PRO SE

*Trustee*
**BRIAN D. SHAPIRO**
510 S. 8TH STREET
LAS VEGAS, NV 89101
(702) 386-8600

*U.S. Trustee*
**U.S. TRUSTEE - LV - 7**
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101

| Filing Date | # | Docket Text |
|---|---|---|
| 05/17/2019 | 1 (9 pgs) | Chapter 7 Voluntary Petition Individual. Fee Amount $0. Request for in forma pauperis waiver. Filed by PARNELL COLVIN . (arv) (Entered: 05/17/2019) |
| 05/17/2019 | 2 (2 pgs) | Meeting of Creditors and Notice of Appointment of Trustee BRIAN D. SHAPIRO, . 341 meeting to be held on 06/17/2019 at 03:30 PM at 341s - Foley Bldg,Rm 1500. Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts due by 08/16/2019. (Entered: 05/17/2019) |
| | 3 | Statement of Social Security Number(s). **This document** |

| | | |
|---|---|---|
| 05/17/2019 | | **contains sensitive information and cannot be viewed by the public.** Filed by PARNELL COLVIN (arv) (Entered: 05/17/2019) |
| 05/17/2019 | 4 (4 pgs) | Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments with Proposed Order Filed by PARNELL COLVIN (arv) (Entered: 05/17/2019) |
| 05/17/2019 | 5 | Set Deficient Filing Deadlines. Incomplete Filings due by 5/31/2019. Verification of Creditor Matrix due by 5/31/2019. Summary of Assets and Liabilities due by 5/31/2019. Schedules A/B-J due by 5/31/2019. Declaration Re: Schedules due by 5/31/2019. Statement of Financial Affairs due by 5/31/2019. Statement of Intent due by 6/17/2019. Statement of Current Monthly Income and Means Test Form 122A-1 Due: 5/31/2019. (arv) (Entered: 05/17/2019) |
| 05/17/2019 | 6 (2 pgs) | Notice of Incomplete and/or Deficient Filing. (arv) (Entered: 05/17/2019) |
| 05/19/2019 | 7 (3 pgs) | BNC Certificate of Mailing (Related document(s)2 Meeting of Creditors Chapter 7 No Asset (BNC)) No. of Notices: 4. Notice Date 05/19/2019. (Admin.) (Entered: 05/19/2019) |
| 05/19/2019 | 8 (3 pgs) | BNC Certificate of Mailing. (Related document(s)6 Incomplete and/or Deficient Filing-Ch 7 Individual (BNC)) No. of Notices: 1. Notice Date 05/19/2019. (Admin.) (Entered: 05/19/2019) |
| 05/20/2019 | | Notice of Debtor's Prior Filing for debtor PARNELL COLVIN Case Number 15-16662, Chapter 7 filed in Nevada Bankruptcy Court on 11/30/2015 , Dismissed for Failure to File Information on 03/07/2016.(Admin) (Entered: 05/20/2019) |
| 05/24/2019 | 9 (1 pg) | Order Granting Debtor's Application for Waiver of the Chapter 7 Filing Fee (Related Doc # 4) (cly) (Entered: 05/24/2019) |
| 05/26/2019 | 10 (2 pgs) | BNC Certificate of Mailing - pdf (Related document(s)9 Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee (BNC)) No. of Notices: 1. Notice Date 05/26/2019. (Admin.) (Entered: 05/26/2019) |
| | 11 (2 pgs) | Verification of Creditor Matrix , Amendment to List of Creditors Filed by PARNELL COLVIN (Related document |

| | | |
|---|---|---|
| 06/14/2019 | | (s) 5 Set Deficient Filing Deadlines) (ccc) (Entered: 06/17/2019) |
| 06/14/2019 | 12 | Receipt Number-Filing Fee 237126, Fee Amount $31.00. (Related document(s)11 Verification of Creditor Matrix filed by Debtor PARNELL COLVIN, Amendment to List of Creditors) (ccc) (Entered: 06/17/2019) |
| 06/18/2019 | 13 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 7/1/2019 at 9:00 AM at 341s - Foley Bldg,Rm 1500. CONTINUED PER DEBTOR'S REQUEST Debtor absent. (SHAPIRO, BRIAN) (Entered: 06/18/2019) |
| 07/02/2019 | 14 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 8/12/2019 at 8:30 AM at 341s - Foley Bldg,Rm 1500. CONTINUED FOR APPEARANCE Debtor absent. (SHAPIRO, BRIAN) (Entered: 07/02/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/08/2019 10:11:58 | | | |
| **PACER Login:** | bs2196:3006774:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 19-13142-mkn Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |