Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 08, 2019

**BRIAN D. SHAPIRO**
Trustee in Bankruptcy
510 S. 8th Street
Las Vegas, NV  89101
(702) 386-8600
(702) 383-0994
trustee@trusteeshapiro.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re | Case No. 19-13142 MKN |
|---|---|
| PARNELL COLVIN, | Chapter 7 |
| Debtor(s) | ORDER FORMALLY DISMISSING CHAPTER 7 CASE PURSUANT TO 11 U.S.C. §521(i) AND DISCHARGING TRUSTEE |

The Trustee's Ex Parte Motion for Formal Dismissal of Chapter 7 Case Pursuant to 11 U.S.C. §521(i) having been filed and good cause appearing; it is hereby

ORDERED that this case is dismissed pursuant to 11 U.S.C. §521(i).  It is further

ORDERED that Brian D. Shapiro, Trustee is hereby discharged as Trustee.

Submitted by:

BRIAN D. SHAPIRO, TRUSTEE

###